IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| PLAYCORE WISCONSIN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:11-CV-161 |
| v. ) | |
| ) | |
| PLAYPOWER, INC., MIRACLE ) | Collier/Carter |
| RECREATION EQUIPMENT COMPANY, ) | |
| and PLAYPOWER LT FARMINGTON, ) | |
| INC. d/b/a LITTLE TIKES ) | |
| COMMERCIAL PLAY SYSTEMS, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PlayCore Wisconsin, Inc. and Defendants PlayPower, Inc., Miracle Recreation Equipment Company, and PlayPower LT Farmington, Inc. d/b/a Little Tikes Commerical Play Systems, by and through their respective attorneys, hereby stipulate and agree to dismissal of the above-captioned action with prejudice as to all claims asserted by Plaintiff and all counterclaims asserted by Defendants. Each party shall bear its own costs and attorneys' fees.

PREPARED AND APPROVED FOR ENTRY BY:

MILLER & MARTIN PLLC

  s/ C. Celeste Creswell
C. Celeste Creswell (TN BPR No. 018305)
ccreswell@millermartin.com
Charles W. Forlidas (TN BPR No. 16094)
cforlidas@millermartin.com
Jade D. Dodds (TN BPR No.028004)
jdodds@millermartin.com
832 Georgia Ave., Suite 1000
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Plaintiff PlayCore Wisconsin, Inc.*

  s/ Gerald P. Greiman
SPENCER FANE BRITT & BROWNE, LLP
Gerald P. Greiman (*admitted pro hac vice*)
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone: (314) 333-3901
Facsimile: (314) 862-4656
ggreiman@spencerfane.com


BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.

  s/ Russell W. Gray
Russell W. Gray (TN BPR No. 16120)
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-2010
Facsimile: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I do hereby certify that the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand delivery. Parties may access this filing through the Court's electronic filing system.

This 9th day of October, 2013.

**MILLER & MARTIN PLLC**

s/ C. Celeste Creswell
C. Celeste Creswell (TN BPR No. 018305)
ccreswell@millermartin.com
Charles W. Forlidas (TN BPR No. 16094)
cforlidas@millermartin.com
Jade D. Dodds (TN BPR No.028004)
jdodds@millermartin.com
832 Georgia Ave., Suite 1000
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Plaintiff PlayCore Wisconsin, Inc.*